AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

STEPHANIE SYLVERNE and ALMA DAVIS,
on behalf of plaintiffs and a class,

V.

MIDLAND FUNDING NCC-2 CORP.; MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC.; and ENCORE CAPITAL GROUP, INC.

CASE NUMBER: **08 C 875**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE NORGLE
MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

MIDLAND CREDIT MANAGEMENT, INC.
c/o Illinois Corporation Service Co., Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturne & Goodwin, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_

(By) DEPUTY CLERK

February 11, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 02-19-2008 |
| NAME OF SERVER *(PRINT)* Greg Willing | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Service on a Business
Holly Blankenship / Operator
DOB: 6/1/80, Female, White, 5'5, 150-160 lbs, Brn. Hair, No glasses

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02/21/2008
Date

*Signature of Server*

2201 Woodlawn Rd. Lincoln IL 62656
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

66112

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF IL

STEPHANIE SYLVERNE ET AL
　Plaintiff,
　v.

Case Number:　08 C 875

MIDLAND CREDIT MANAGEMENT INC
　Defendant,

　For:
**Edelman Combs Latturner & Goodwin LLC**　* 20645

## AFFIDAVIT OF SERVICE

Received by Meador Investigations, to be served on:

**Midland Credit Management Inc, c/o Illinois Corporation Service Company 801 Adlai Stevenson Drive, Springfield, IL 62703,**

I, **Greg Willing** who, being duly sworn, deposes and say that on

**Tuesday, February 19, 2008 at 4:05 PM** executed service by delivering a true copy of the

**SUMMONS AND COMPLAINT IN A CIVIL CASE**, in accordance with state statutes in the manner marked below:

_ **INDIVIDUAL SERVICE:** Served the within-named person.

_ **SUBSTITUTE SERVICE:** Left a copy of the document(s) with some person of the age of 13 years upwards and informed that person of the contents thereof.
　Name: _____　Relation: _____
　Date copy mailed: _____

**X SERVICE ON A BUSINESS:**
　Name: **Holly Blankenship** Title: **Operator**

_ **NON-SERVICE:** For the reason detail in the notes below:
NOTES: __

Description of person accepting service:

| DOB: | Sex: | Race: | Height: | Weight: | Hair: | Glasses: |
|---|---|---|---|---|---|---|
| **6/1/80** | **Female** | **Caucasian** | **5' 5"** | **150-160 lbs** | **Brown** | **N** |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Service Fee:

Subscribed and sworn to before me on

**February 21, 2008**

by the affiant who is personally known to me.

_____
Notary Public

SERVED BY: _____
Process Server Number: 129-261847
Appointed in accordance with Illinois State Statutes.
Meador Investigations
2201 Woodlawn Drive, Suite 560
P O Box 157
(217) 732-1585
IL Lic# 117-001077

66112

OFFICIAL SEAL
RUTH ANN KAESEBIER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/17/09