AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

STEPHANIE SYLVERNE and ALMA DAVIS,
on behalf of plaintiffs and a class,

V.

MIDLAND FUNDING NCC-2 CORP.; MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC.; and ENCORE CAPITAL GROUP, INC.

CASE NUMBER: **08 C 875**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE NORGLE
MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

ENCORE CAPITAL GROUP, INC.
8875 Aero Drive, Suite 200
San Diego, CA 92123

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturne & Goodwin, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

February 11, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 2/19/08 |
| NAME OF SERVER (PRINT) K. WYSONG | TITLE Registered Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Personally served by leaving documents with Tanya Flores, paralegal, F, 28 yrs, 5'6", 130 lbs, Hispanic, br. hair. @ 8875 Aero Drive, ste 200, San Diego, Ca 92123

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/25/08
Date

Signature of Server

Address of Server: 2445 Morena Blvd. Ste. 206, San Diego, Ca 92110

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this 28th day of February, 2008, by K. Wysong, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

MARK J. JENKINS
Commission # 1497668
Notary Public - California
San Diego County
My Comm. Expires Jun 28, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.