UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

In the Matter of:

*Stephanie Sylverne, et al.  v. Midland Funding NCC-2 Corporation, et al.*

Case Number: 08 CV 875

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants Midland Funding NCC-2 Corporation; Midland Funding LLC; Midland Credit Management, Inc.; and Encore Capital Group, Inc. f/k/a MCM Capital Group, Inc.**

| | |
|---|---|
| SIGNATURE             /s/ Jason M. Kuzniar | |
| FIRM             Wilson, Elser, Moskowitz, Edelman & Dicker LLP | |
| STREET ADDESS             120 North LaSalle Street, Suite 2600 | |
| CITY/STATE/ZIP             Chicago, Illinois 60602 | |
| ID NUMBER             6270123 | TELEPHONE NUMBER             312-704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.             RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

469160.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 10th day of March 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on the following by CM/ECF Electronic Notification:

| | |
|---|---|
| Cathleen M. Combs, Esq. (ccombs@edcombs.com) | Francis R. Greene, Esq. (fgreene@edcombs.com) |
| Daniel A. Edelman, Esq. (courtecl@edcombs.com) | James O. Latturner, Esq. (jlatturner@edcombs.com) |

                                         _/s/ Jason M. Kuzniar_____
                                                   Jason M. Kuzniar