IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MIDLAND FUNDING NCC-2 CORPORATION, et al.,<br><br>Defendants. | Case No.: 08 CV 875<br>Judge Norgle<br>Magistrate Judge Cole |

**AGREED MOTION OF DEFENDANTS
FOR EXTENSION OF TIME**

Defendant Midland Funding NCC-2 Corporation ("MFNCC-2"), Midland Funding LLC ("Midland Funding"), Midland Credit Management, Inc. ("Midland Credit"), and Encore Capital Group, Inc. f/k/a MCM Capital Group, Inc. ("Encore Capital") (collectively "Defendants"), by their undersigned attorneys, move for an extension of time to and including April 9, 2008, to file their responsive pleading to Plaintiffs' Complaint, and in support states as follows:

1.  Defendants were served with Summons and the Complaint on or about February 19, 2008 and their answer to the Complaint currently is due March 10, 2008. [Doc. #9; 10; 11; 12.]

2.  Counsel for Defendants was recently retained, and currently is investigating the allegations contained in the Complaint and gathering documents relevant to the Complaint, but requires additional time to file Defendants' responsive pleading to Plaintiffs' Complaint.

3.  On March 3, 2008, counsel for Defendants spoke with one of the attorneys for Plaintiffs, Francis R. Greene, and Mr. Greene has no objection to this motion or to the relief requested herein.

469161.1

4. This is Defendants' first request for an extension of time and no party will be prejudiced by the requested extension.

WHEREFORE, Defendants respectfully request that this Honorable Court grant this Agreed Motion, give Defendants to and including April 9, 2008 to file their responsive pleading to Plaintiffs' Complaint, and award to Defendants such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

**Midland Funding NCC-2 Corporation, Midland Funding LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc. f/k/a MCM Capital Group, Inc., Defendants**

By: */s/ Jason M. Kuzniar*_____
    One of their attorneys

Daniel J. McMahon, Esq.
Jason M. Kuzniar, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER, LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550

469161.1

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that on the 10th day of March 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on the following by CM/ECF Electronic Notification:

Cathleen M. Combs, Esq.  
(ccombs@edcombs.com)

Daniel A. Edelman, Esq.  
(courtecl@edcombs.com)

Francis R. Greene, Esq.  
(fgreene@edcombs.com)

James O. Latturner, Esq.  
(jlatturner@edcombs.com)

                                                           */s/ Jason M. Kuzniar*  
                                                               Jason M. Kuzniar

469161.1