## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Stephanie Sylverne, et al.
                                    Plaintiff,

v.                                              Case No.: 1:08−cv−00875
                                                Honorable Charles R. Norgle Sr.

Midland Funding NCC−2 Corp., et al.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, March 14, 2008:

    MINUTE entry before Judge Charles R. Norgle Sr.:Agreed Motion of Defendants for Extension of Time [14] is granted. Telephoned/mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.