IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MIDLAND FUNDING NCC-2 CORPORATION, et al.,<br><br>Defendants. | Case No.: 08 CV 875<br>Judge Norgle<br>Magistrate Judge Cole |

**AGREED MOTION OF DEFENDANTS
FOR EXTENSION OF TIME**

Defendants Midland Funding NCC-2 Corporation, Midland Funding LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc. f/k/a MCM Capital Group, Inc. (collectively "Defendants"), by their undersigned attorneys, move for an extension of time to and including April 18, 2008, to file their responsive pleading to Plaintiffs' Complaint, and in support states as follows:

1.  Defendants' responsive pleadings to the Complaint currently are due April 9, 2008. [Doc. #16.]

2.  Despite good faith efforts to do so, counsel for Defendants, Jason M. Kuzniar, requires additional time to prepare and file Defendants' responsive pleadings to the Complaint. Mr. Kuzniar was unexpectedly out of the office April 7-8, 2008 due to the emergency hospitalization of a family member, and requires an additional 10 days to prepare and file Defendants' responsive pleadings.

480210.1

2

3. On April 7, 2008, Mr. Kuzniar corresponded with one of the attorneys for Plaintiffs, Francis R. Greene, and Mr. Greene has no objection to this Motion or to the relief requested herein.

4. No party will be prejudiced by the requested extension.

WHEREFORE, Defendants respectfully request that this Honorable Court grant this Agreed Motion, give Defendants to and including April 18, 2008 to file their responsive pleading to Plaintiffs' Complaint, and award to Defendants such other and further relief as this Court deems just and appropriate.

                              Respectfully submitted,

                              **Midland Funding NCC-2 Corporation, Midland Funding LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc. f/k/a MCM Capital Group, Inc., Defendants**

                              By: */s/ Jason M. Kuzniar*_____
                                    One of their attorneys

Daniel J. McMahon, Esq.
Jason M. Kuzniar, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER, LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550

480210.1

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that on the 9th day of April 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on the following by CM/ECF Electronic Notification:

Cathleen M. Combs, Esq.  
(ccombs@edcombs.com)

Daniel A. Edelman, Esq.  
(courtecl@edcombs.com)

Francis R. Greene, Esq.  
(fgreene@edcombs.com)

James O. Latturner, Esq.  
(jlatturner@edcombs.com)

                              */s/ Jason M. Kuzniar*  
                                Jason M. Kuzniar

480210.1