IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE SYLVERNE, | ) | |
| and ALMA DAVIS, | ) | |
| on behalf of plaintiffs and a class, | ) | |
| | ) | |
| Plaintiffs, | ) | 08-C-875 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | Magistrate Judge Cole |
| | ) | |
| MIDLAND FUNDING NCC-2 CORP., | ) | |
| MIDLAND FUNDING LLC, | ) | |
| MIDLAND CREDIT | ) | |
| MANAGEMENT, INC., | ) | |
| and ENCORE CAPITAL GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PARTIES' PROPOSED DISCOVERY SCHEDULE**

Pursant to the Court's request in open court on July 15, 2008, the parties submit the following proposed discovery schedule:

    Deadline to serve Rule 26(a)(1) disclosures: August 8, 2008

    Deadline to amend the pleadings: November 15, 2008

    Deadline to complete all discovery: February 15, 2009

    Deadline for Plaintiff to disclose experts: November 15, 2008

    Deadline for Defendant to disclose experts: December 15, 2008

    Deadline to file dispositive motions: March 15, 2009


s/Francis R. Greene                                        s/Jason Kuzniar
Attorney for Plaintiff                                    Attorney for Defendants

Daniel A. Edelman                                       Daniel J. McMahon

| | |
|---|---|
| Cathleen M. Combs | Jason M. Kuzniar |
| James O. Latturner | WILSON, ELSER, MOSKOWITZ, |
| Francis R. Greene | EDELMAN & DICKER, LLP |
| EDELMAN, COMBS, LATTURNER | 120 North LaSalle St. |
| & GOODWIN, LLC | Suite 2600 |
| 120 S. LaSalle Street, 18th floor | Chicago, IL 60602 |
| Chicago, Illinois  60603 | (312) 704-0550 |
| (312) 739-4200 | (312) 704-1522 (FAX) |
| (312) 419-0379 (FAX) | |

## **CERTIFICATE OF SERVICE**

I, Francis R. Greene, hereby certify that on July 31, 2008, I caused to be filed the foregoing documents with the Clerk of the Court using the CM/ECF System, which sent notification of such filing via electronic mail to the following parties:

Jason M. Kuzniar
jason.kuzniar@wilsonelser.com

                                                            s/Francis R. Greene
                                                            Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)