IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE, et al.<br><br>            Plaintiffs,<br><br>    v.<br><br>MIDLAND FUNDING NCC-2<br>CORPORATION, et al.,<br><br>            Defendants. | Case No.: 08 CV 875<br>Judge Norgle<br>Magistrate Judge Cole |

**MOTION OF DEFENDANTS
FOR EXTENSION OF TIME TO RESPOND TO REQUESTS FOR ADMISSIONS**

Defendants Midland Funding NCC-2 Corporation, Midland Funding LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc. f/k/a MCM Capital Group, Inc. (collectively "Defendants"), by their undersigned attorneys, move for an extension of time to and including September 18, 2008, to respond to Plaintiffs' Request to Admit under Fed.R.Civ.P. 36, and in support states as follows:

   1.   On July 18, 2008, Plaintiff served their First Discovery Requests, which include Requests for Admissions.

   2.   Despite good faith efforts to do so, counsel for Defendants requires an additional 30 days to complete responses to those Requests for Admissions.

   3.   Counsel for Defendants has left messages with one of the attorneys for Plaintiffs, Francis Greene, the last message having been left August 18, 2008.  Mr. Greene is out of the office and, therefore, Defendants' counsel does not know whether Plaintiffs have any objection to this motion or to the relief requested herein.

512359.1

2

4.  This is Defendants' first request for an extension of time and no party will be prejudiced by the requested extension.

WHEREFORE, Defendants respectfully request that this Honorable Court grant this Agreed Motion, give Defendants to and including September 18, 2008 to respond to Plaintiffs' Requests for Admission, and award to Defendants such other and further relief as this Court deems just and appropriate.

          Respectfully submitted,

          **Midland Funding NCC-2 Corporation, Midland Funding LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc. f/k/a MCM Capital Group, Inc., Defendants**

          By: */s/ Jason M. Kuzniar*
              One of their attorneys

Daniel J. McMahon, Esq.
Jason M. Kuzniar, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER, LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550

512359.1

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on the 18th day of August 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on the following by CM/ECF Electronic Notification:

| | |
|---|---|
| Cathleen M. Combs, Esq. (ccombs@edcombs.com) | Francis R. Greene, Esq. (fgreene@edcombs.com) |
| Daniel A. Edelman, Esq. (courtecl@edcombs.com) | James O. Latturner, Esq. (jlatturner@edcombs.com) |

                                                    */s/ Jason M. Kuzniar*  
                                                        Jason M. Kuzniar

512359.1