IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE, et al.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MIDLAND FUNDING NCC-2<br>CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No.: 08 CV 875<br>Judge Norgle<br>Magistrate Judge Cole |

## NOTICE OF MOTION

To: *See* Certificate of Service

　　**PLEASE TAKE NOTICE** that on the 22nd day of August, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle, Sr. in Room 2341 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Motion for Extension of Time to Respond to Requests for Admissions**, a copy of which is attached and hereby served upon you.

　　　　　　　　　　　　　　　　**Midland Funding NCC-2 Corporation, Midland Funding LLC, Midland Credit Management, Inc., and Encore Capital Group, Inc. f/k/a MCM Capital Group, Inc., Defendants**

　　　　　　　　　　　　　　　　By: */s/ Jason M. Kuzniar*_____
　　　　　　　　　　　　　　　　　　　One of their attorneys

Daniel J. McMahon, Esq.
Jason M. Kuzniar, Esq.
WILSON, ELSER, MOSKOWITZ,
　EDELMAN & DICKER, LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550

512388.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 18th day of August 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on the following by CM/ECF Electronic Notification:

Cathleen M. Combs, Esq.  
(ccombs@edcombs.com)

Francis R. Greene, Esq.  
(fgreene@edcombs.com)

Daniel A. Edelman, Esq.  
(courtecl@edcombs.com)

James O. Latturner, Esq.  
(jlatturner@edcombs.com)

           */s/ Jason M. Kuzniar* _____  
           Jason M. Kuzniar

512388.1